# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133305
133306
133307

JAMES TAYLOR, as Personal
Representative of the Estate of
Afradita Taylor, Deceased,
        Plaintiff-Appellant,

v

RAMALINGESWARA YALAMANCHI,
M.D., R. R. YALAMANCHI, M.D., P.C.,
PANKAJ K. VIJ, M.D., DAVID M.
MONTGOMERY, M.D., MITUL K. PATEL,
M.D., GRAHAM W. LONG, M.D., and
WILLIAM BEAUMONT HOSPITAL,
        Defendants-Appellees.

SC: 133305-133307
COA: 262763, 262771, 262777
Oakland CC: 03-053470-NH

_____/

      By order of May 30, 2007, the application for leave to appeal the January 18, 2007 judgment of the Court of Appeals was held in abeyance pending the decision in *Mullins v St Joseph Mercy Hosp* (Docket No. 131879). On order of the Court, the case having been decided on November 28, 2007, ___ Mich ___ (2007), the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, REINSTATE the order of the Oakland Circuit Court denying defendants' motion for summary disposition, and REMAND this case to the Oakland Court for further proceedings not inconsistent with this order and the order in *Mullins*.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2007

*Corbin R. Davis*
Clerk